# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cassady, William E. | U.S.D.C. S.D. Alabama | 09/09/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br>**5b.** ✔ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

United States Courthouse
155 Saint Joseph Street
Rm. 350
Mobile, Alabama 36602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Legislatgive Committee | Federal Magistrate Judges Association |
| 2. | Manager | Cassady Farms, LLC |
| 3. | Manager | Southbury Condo, LLC |
| 4. | Director At-Large | Federal Magistrate Judges Association |
| 5. | Retired/Recalled Magistrate Judges Committee | Federal Magistrate Judges Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Magistrate Judges Association | 03/24/2018 - 03/27/2018 | Washington DC | FMJA Board Meeting | Lodging, travel and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cassady, William E.** | 09/09/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassady, William E. | 09/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Franklin/Templeton World Fund CL A (TEMWX) IRA | E | Dividend | M | T | | | | | |
| 2. Franklin Income Fund CL A (FKINX) | D | Dividend | M | T | | | | | |
| 3. The Southern Company - DSPP-COMMON STOCK | B | Dividend | K | T | | | | | |
| 4. Vanguard Mutual Funds IRA | | | | | | | | | |
| 5. - Balanced Index Fund Admiral Shares (VBINX) | C | Dividend | L | T | | | | | |
| 6. - STAR Fund (VGSTX) | B | Dividend | M | T | | | | | |
| 7. Vanguard Mutual Funds (non-IRA) | | | | | | | | | |
| 8. -Balanced Index Fund (VBIAX) | D | Dividend | M | T | | | | | |
| 9. -Short Term Tax-Exempt Inv 0041 (VWSTX) | A | Dividend | K | T | | | | | |
| 10. -Wellesley Income Fund Adm (VWIAX) | C | Dividend | L | T | | | | | |
| 11. Rental Property - Jefferson Co., B'ham, AL (Southbury, LLC) | D | Rent | L | W | | | | | |
| 12. Butler Co, AL land (Apr. 4/14/10) (Cassady Farms, LLC) | A | Rent | N | Q | | | | | |
| 13. House & lot, Greenville, Butler Co.,AL (Apr. 4/4/10)(Cassady Farms) | D | Rent | K | Q | | | | | |
| 14. Common Stock, Town & Country National Bank | E | Dividend | M | U | | | | | |
| 15. Participating Units - Cassady Farms, LLC | D | Distribution | N | T | | | | | |
| 16. Participating Units - Southbury Condo, LLC | D | Rent | L | W | | | | | |
| 17. Land in Spring Creek, Elko County, NV (50% inheritance in 2010) | | None | | | Sold | 08/22/18 | L | E | See Note 1, Part VIII |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cassady, William E.** | 09/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Brokerage Account #1 | | | | | | | | | |
| 19. | - Bank Deposit Sweep Account-Wells Fargo Advisors, LLC | A | Interest | J | T | | | | | |
| 20. | -STOCKS | | | | | | | | | |
| 21. | --AT&T Inc. T | A | Dividend | J | T | Buy | 11/08/18 | J | | |
| 22. | --UBS Group AG UBS | A | Dividend | J | T | Buy | 11/08/18 | J | | |
| 23. | -OPEN END MUTUAL FUNDS | | | | | | | | | |
| 24. | --American Centy Mun TR Intermediate Term Tax Free BD FD CL 1 (AXBIX) | A | Dividend | K | T | Sold (part) | 07/25/18 | K | A | |
| 25. | | | | | | Sold (part) | 11/15/18 | K | A | |
| 26. | --Baird Funds Inc Inter Mun Bond Fund Instl CL 1 (BMBIX) | A | Dividend | J | T | Buy (add'l) | 07/25/18 | J | | |
| 27. | | | | | | Sold (part) | 11/15/18 | J | A | |
| 28. | --Nuveen Mun Trust Inter Duration Mun Bd Fd CL I (NUVBX) | A | Dividend | J | T | Sold (part) | 11/15/18 | J | A | |
| 29. | | | | | | Sold (part) | 07/25/18 | J | A | |
| 30. | --T Rowe Price Summit Mun Fds Inc - Mun Inter Fd (PRSMX) | A | Int./Div. | K | T | Buy (add'l) | 07/25/18 | K | | |
| 31. | | | | | | Sold (part) | 11/15/18 | K | A | |
| 32. | --T Rowe Price Tax Free Shrt Intermediate Fund (PRFSX) | A | Dividend | K | T | Buy (add'l) | 07/25/18 | K | | |
| 33. | | | | | | Sold (part) | 11/15/18 | K | A | |
| 34. | --T Rowe Price Summit Mun FDS INC Mun INC FD (PRINX) | A | Dividend | J | T | Sold (part) | 07/25/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cassady, William E. | 09/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Sold<br>(part) | 11/15/18 | J | A | |
| 36. --T Rowe Price real est Fund Inc (TRREX) | A | Dividend | J | T | Sold<br>(part) | 07/25/18 | J | A | |
| 37. | | | | | Sold<br>(part) | 11/15/18 | J | A | |
| 38. --Thornburg Invt Tr Ltd Ter Mun Fd Cl 1<br>(LTMIX) | A | Dividend | K | T | Buy<br>(add'l) | 07/25/18 | K | | |
| 39. | | | | | Sold<br>(part) | 11/15/18 | K | A | |
| 40. --American Europacific Growth FU CL F2<br>(AEPFX) | A | Dividend | J | T | Sold<br>(part) | 07/25/18 | J | A | |
| 41. --American Cap World Bd Class F2<br>(BFWFX) | A | Dividend | J | T | Sold<br>(part) | 07/25/18 | J | A | |
| 42. | | | | | Sold<br>(part) | 11/15/18 | J | A | |
| 43. --GOLDMAN SACHS TR FINL Square<br>Treas Instrs FD Inst CL (FTIXX) | A | Distribution | J | T | Sold<br>(part) | 01/12/18 | J | A | |
| 44. | | | | | Sold<br>(part) | 04/13/18 | J | A | |
| 45. | | | | | Sold<br>(part) | 07/13/18 | J | A | |
| 46. | | | | | Buy<br>(add'l) | 07/25/18 | J | | |
| 47. | | | | | Sold<br>(part) | 10/12/18 | J | A | |
| 48. --MFS SER TR III MUNICIPAL HIGH<br>INCOME FD CL I (MMIIX) | A | Dividend | J | T | Sold<br>(part) | 11/15/18 | J | A | |
| 49. | | | | | Sold<br>(part) | 07/25/18 | J | A | |
| 50. --MFS Ser Tr I Value Fd Cl I (MEIIX) | A | Dividend | J | T | Sold<br>(part) | 11/15/18 | J | A | |
| 51. | | | | | Buy<br>(add'l) | 07/25/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. --MFS Ser Tr X Emerging Mkts Debt Fd Class I (MEDIX) | A | Dividend | J | T | Sold (part) | 11/15/18 | J | A | |
| 53. | | | | | Sold (part) | 07/25/18 | J | A | |
| 54. --Brookfield Invt Funds Global Listed Real Estate Fd Cl Y (BLRYX) | A | Dividend | J | T | Sold (part) | 07/25/18 | J | A | |
| 55. --Principal FDS Inc Midcap Fund Instl Class (PCBIX) | A | Dividend | J | T | Sold (part) | 07/25/18 | J | A | |
| 56. --Oppenheimer Intl Bond Fund Cl A (OIBAX) | A | Dividend | J | T | | | | | |
| 57. -EQUITY TRUSTS | | | | | | | | | |
| 58. --First Trust Strategic Dividend Select Port Series 23 R | A | Dividend | | | Redeemed | 01/22/18 | J | A | See Note 2, Part VIII |
| 59. --First Trust Strategic Dividend Select Port Series 33 R | A | Dividend | K | T | Buy | 09/11/18 | K | | |
| 60. --First Trust Tax Advantaged Municipal C/E Port Ser 50 Rein | B | Dividend | K | T | | | | | |
| 61. --First Trust Tax Advantaged Municipal C-E Portfolio Ser 52 R | A | Dividend | J | T | | | | | |
| 62. --First Trust Municipal Income Clsd-End Port Ser 73 Rein | B | Dividend | K | T | Buy | 04/30/18 | K | | |
| 63. --First Trust Municipal Income Closed End Portfolio Ser 74 R | A | Dividend | J | T | Buy | 09/28/18 | K | | |
| 64. --FIRST TRUST MUNICIPAL INCOME SELECT CLOSED-END PRT SER 75 REIN | A | Dividend | | | Redeemed | 05/01/18 | K | A | |
| 65. --FIRST TRUST PREFERRED INCOME PORTFOLIO SERIES 85 R | B | Dividend | | | Redeemed | 09/11/18 | K | A | |
| 66. --First Trust Municipal Income Select Closed End Port Ser 86 R | A | Dividend | J | T | | | | | |
| 67. --FIRST TRUST MUNICIPAL INC. SELECT C/E PORT SER 80 REIN | A | Dividend | | | Redeemed | 09/21/18 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Cassady, William E.** | 09/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. --FIRST TRUST ENERGY SELECT PORTFOLIO SER 61 REINVEST | A | Dividend | | | Redeemed | 11/02/18 | J | A | |
| 69. --Guggenheim Balanced Income Builder Portfolio Ser 21 Rein | B | Dividend | K | T | | | | | |
| 70. -CLOSED END MUTUAL FUNDS | | | | | | | | | |
| 71. --Liberty All-Star Equity Fund (USA) | A | Dividend | J | T | | | | | |
| 72. -VARIABLE ANNUITIES | | | | | | | | | |
| 73. --Jackson Natl Life Ins Co Perspective II 04/14 Variable Annuity | B | Dividend | M | T | | | | | |
| 74. The Ohio National Life Ins. Co. Annuity - Fixed Rate | B | Distribution | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1 - Part VII, Investments, Line 17.
I inherited a 50% interest in this property in Elko County, NV                     .  The deed was received in 2010                     .  I have failed to list it
 on my financial disclosures since that time, an inadvertant mistake.  A complete sale of the property occured in August, 2018.


Note 2 - Part VII, Investments, Line 58.
This investment, redeemed in 2018, was inadvertantly omitted from the 2017 FDR.

| Name of Person Reporting | Date of Report |
|---|---|
| Cassady, William E. | 09/09/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:** s/ **William E. Cassady**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544